IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America, <br><br> PLAINTIFF <br><br> v. <br><br> Kenyatta Eric Ellerbe, <br><br> DEFENDANT | Case No. 4:08-cr-00868-TLW <br><br><br> **ORDER** |

This matter comes before the Court on Defendant's motion to delay his report date to the Bureau of Prisons for commencement of his supervised release revocation sentence. ECF No. 79. At the supervised release revocation hearing on July 20, 2016, the Court granted Defendant's motion to self-report to commence his 4-month custodial sentence 60 days after the hearing due to the health condition of Defendant's father. ECF No. 77. Defendant was placed on home confinement with electronic monitoring during this 60-day period. Defendant has provided documentation to indicate his father's condition has further deteriorated and that he is the primary caregiver for his father. On this basis, Defendant requests to further delay his reporting date. The Government did not oppose this motion.

The Court has carefully considered the circumstances of this case and, in light of Defendant's compliance since the revocation hearing and the Government not opposing this motion, Defendant's motion is GRANTED. Absent a further order from the Court, **Defendant shall surrender to the United States Marshal for this district at 10:00 am on Monday, November 7, 2016**, in order to commence his revocation sentence. Defendant shall be continued on home confinement with electronic monitoring until he reports, and the remainder of Defendant's supervised release conditions remain in effect.

The Unites States Probation Office is directed to promptly inform the Court of any change in the circumstances surrounding Defendant's father's condition, and any violation of the terms of Defendant's supervised release conditions.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

September 22, 2016
Columbia, South Carolina